Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Alexandria Division

|  |  |  |
|---|---|---|
| Moses Ogango<br>43287 Thaddeus Ln<br>Leesburg VA 20176 | ) | Case No. _1:22 CV 752_<br>*(to be filled in by the Clerk's Office)* CMH/WEF |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ☒ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |  |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| -v- | ) |  |
|  | ) |  |
|  | ) |  |
| VERIZON BUSINESS NETWORK SERVICES LLC | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* | ) |  |
| *write "see attached" in the space and attach an additional page* | ) |  |
| *with the full list of names.)* | ) |  |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Moses Ogango |
| Street Address | 43287 Thaddeus LN |
| City and County | Leesburg |
| State and Zip Code | VA |
| Telephone Number | 703-489-4801 |
| E-mail Address | mogango2005@yahoo.com |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | VERIZON |
| Job or Title *(if known)* | |
| Street Address | 1 VERIZON WAY |
| City and County | BASKING RIDGE |
| State and Zip Code | NJ 07920 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

C.      **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Verizon Business Services |
| Street Address | 22001 Loudound County Parkway |
| City and County | Ashburn Loudoun |
| State and Zip Code | VA 20146 |
| Telephone Number | |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Other federal law *(specify the federal law)*:

☐      Relevant state law *(specify, if known)*:

☐      Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☒ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

    *(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

    Between 2013 and 2020

C.    I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☒ national origin    (Retaliation based on my complaining to HR about how management treated me)
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

E.    The facts of my case are as follows.  Attach additional pages if needed.

1. I started working for MCI in Feb 1999.  MCI/Worldcom later got acquired by Verizon. My title was circuit Engineer II
2. I transferered to Bob Workman's group in around the Fall of 2000.  Bob workman then hired Rohini Macmillan a few months later as circuit designer.  Rohini got rapidly promoted and was made a team lead and then a manager
3. Rohini supervised me together with a few other Circuit Engineers
4. I made a complaint to HR about how Rohini was treating me (harassing) and I was put on a PIP shorlty thereafter. This was in Summer of 2006. I was then terminated in August 30 2006
5. I filed EEOC complaint and they investigated and found my termination was not regular - was illegal. Was retalliation.
6. EEOC mediated between me and Verizon and Verizon paid me and also signed a concilliation agreement
7. Part of the concilliation was that Verizon would not retaliate against me or any other employee in the future.
8. In 2013, I applied for another employment for Verizon and was rejected
9. I applied a few more times between 2013 and 2019 and kept getting rejections
10. After a rejection in summer of 2019, I wrote to company' chief counsel and they explicitly told me I was not eligible for rehire. The letter was dated October 2020. See attached.
11. I thought that explanation was a contravention of the original concilliation agreement, so I filed a second EEOC complaint in February of 2021.
12. EEOC conducted their investigations and gave me a letter to sue on April 11, 2022. See attached.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

February 10, 2021

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☒      issued a Notice of Right to Sue letter, which I received on *(date)*   4/11/2022              .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## V.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Back pay    $10,000
Damages   $35,000
Punitive damages:  $300,000

## VI.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          7/8/2022

Signature of Plaintiff
Printed Name of Plaintiff      Moses Ogango

### B.        For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
Alexandria DIVISION

FILED

2022 JUL -8 P 3: 47

MOSES OGANGO
_____
Plaintiff(s),

v.

VERIZON
_____                    Civil Action Number: 1:22CV 752
Defendant(s).                                              CMH/WEF


## LOCAL RULE 83.1(M) CERTIFICATION


I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of ___COMPLAINT FOR EMPLOYMENT DISCRIMINATION___.
(Title of Document)

MOSES OGANGO
_____
Name of *Pro Se* Party (Print or Type)

Ogango
_____
Signature of *Pro Se* Party

Executed on: ___07/08/2022___ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)