# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Moses Ogango | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-752 |
| | ) |
| | ) |
| Verizon Business Network | ) |
| Services LLC, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on November 16, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant Verizon Business Network Services LLC and against the Plaintiff Moses Ogango.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
N. Neblett
Deputy Clerk

Dated: 11/17/2022
Alexandria, Virginia