FILED: June 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

No. 22-2239
(1:22-cv-00752-MSN-WEF)

————————————

MOSES OGANGO

       Plaintiff - Appellant

v.

VERIZON BUSINESS NETWORK SERVICES, LLC

       Defendant - Appellee

————————————

J U D G M E N T

————————————

In accordance with the decision of this court, the judgment of the district
court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in
accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK